UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M.B.,[1] | Case No. 5:20-cv-00704-DSF-JC |
| Plaintiff, | |
| v. | |
| | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative action consistent with the March 17, 2021 Report and Recommendation of United States Magistrate Judge.

DATED: April 22, 2021 _____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff's name is partially redacted to protect his privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.